IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VINCENT ALONZO TUCKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:18-cv-00891-AT-CMS |
| | : | |
| DREW, ECKL & FARNHAM, LLP, | : | |
| BRIAN THOMAS MOORE, PAUL W. | : | |
| BURKE, and EMILY CRAIG, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 29] and the Motion to Dismiss of Defendants Moore, Burke, and Craig [Doc. 17]. The Magistrate Judge recommends that the Motion to Dismiss be granted and that Plaintiff's claims against the Individual Defendants in their individual capacities be dismissed.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, the Court **GRANTS** the Individual Defendants' Motion to

Dismiss [Doc. 17 ] and **DISMISSES WITH PREJUDICE** Plaintiff's ADA claims against Defendants, Brian Thomas Moore, Paul W. Burke, and Emily Craig.

**IT IS SO ORDERED** this 9th day of July, 2018.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE